GARY OWEN CARIS (SBN 088918)
gcaris@mckennalong.com
LESLEY ANNE HAWES (SBN 117101)
lhawes@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
444 South Flower Street, 8th Floor
Los Angeles, CA 90071
Telephone: (213) 688-1000
Facsimile: (213) 243-6330

Attorneys for Permanent Receiver,
**ROBB EVANS & ASSOCIATES LLC**

FILED
CLERK, U.S. DISTRICT COURT
APR 16 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>WORLD TRADERS ASSOCIATION, INC., et al.,<br><br>Defendants. | CASE NO. CV-05 0591 AHM (CTX)<br><br>[PROPOSED] ORDER: (1) APPROVING AND AUTHORIZING PAYMENT OF RECEIVER'S AND ATTORNEYS' FEES AND COSTS [NOVEMBER 1, 2005 THROUGH DECEMBER 31, 2007]; (2) APPROVING AND AUTHORIZING PAYMENT OF FEES AND COSTS AND ATTORNEYS' FEES AND COSTS PREVIOUSLY DENIED WITHOUT PREJUDICE; (3) APPROVING REPORT OF RECEIVER'S ACTIVITIES FOR THE PERIOD OF FEBRUARY 11, 2005 THROUGH FEBRUARY 15, 2008; AND (4) LIMITING NOTICE UNDER LOCAL RULE 66-7 IN CONNECTION THEREWITH<br><br>DATE: April 21, 2008<br>TIME: 10:00 a.m.<br>PLACE: Courtroom 14 |

The matter of the Motion for Order: (1) Approving and Authorizing Payment of Receiver's and Attorneys' Fees and Costs [November 1, 2005 Through December 31, 2007]; (2) Approving and Authorizing Payment of Fees and Costs and Attorneys' Fees and Costs Previously Denied Without Prejudice; (3)

Approving Report of Receiver's Activities for the Period of February 11, 2005 Through February 15, 2008; and (4) Limiting Notice Under Local Rule 66-7 in Connection Therewith ("Motion") filed by Robb Evans & Associates LLC as permanent receiver ("Receiver") for World Traders Association, Inc., United Traders Association, Inc., International Merchandise Group, Inc., Trans-Global Connection, Inc., Musketeer Partners, Inc., Fulfillment Options, Inc., and its affiliates and subsidiaries ("Receivership Defendants") came on regularly for hearing at the above-referenced date, time and place before the Honorable A. Howard Matz, United States District Judge presiding. Gary Owen Caris of McKenna Long & Aldridge LLP appeared on behalf of the Receiver; other appearances, if any, were made as noted in the record of the hearing. The Court, having read and considered the Motion and all papers filed in support thereof, no opposition to the Motion having been filed or served, and having heard the arguments of Court, and good cause being shown therefor,

IT IS ORDERED that:

1. The Motion shall be and hereby is granted in its entirety;

2. Without limiting the generality of the foregoing:

    A. The Court hereby approves and authorizes payment of the Receiver's fees and costs in the sum of $33,472.56 and the Receiver's attorneys' fees and costs in the sum of $24,949.28 incurred for the period from November 1, 2005 through December 31, 2007 as set forth in the Motion;

    B. The Court hereby approves and authorizes payment of the unpaid balance fees and costs incurred during the prior fee period from June 1, 2005 through October 31, 2005 previously denied without prejudice pursuant to the Court's Order entered December 8, 2005, comprised of the sum of $7,329.71 for unpaid Receiver's fees and costs, the sum of $14,718.89 for unpaid attorneys' fees and costs incurred to the Receiver's attorneys, and the sum of $15,993.58 for

1  unpaid attorneys' fees and costs due to defendants' former counsel, Foley &
2  Lardner;

3         C.    The Court hereby approves the Report of Receiver's Activities
4  for the period of February 11, 2005 through February 15, 2008 filed with the Court
5  on February 21, 2008 and confirms the activities of the Receiver described therein;
6  and

7         D.    The Court hereby grants the Receiver's request to limit notice of
8  the Motion and determines that notice of the Motion provided by the Receiver is
9  sufficient under the circumstances.

Dated:  4/16/2008

_____
A. HOWARD MATZ
United States District Judge

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles