O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 05-591 AHM (CTx) | Date | October 1, 2008 |
|---|---|---|---|
| Title | FEDERAL TRADE COMMISSION v. WORLD TRADERS ASSOCIATION, INC., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court is prepared to grant all of the relief sought by the Receiver, as described in the Receiver's Motion filed on September 5, 2008,[1] and in the proposed order filed on September 29, 2008,[2] but will not do so until the Receiver submits a declaration that it has done the following: served the Motion and supporting pleadings on the parties to this action, caused a copy of the Motion to be posted on the Receiver's website at www.robbevans.com/html/worldta.html, where it could be viewed in its entirety, and provided a complete copy of the Motion and supporting pleadings to any interested party who requested a copy from the Receiver's office in writing directed to Robb Evans & Associates LLC, 11450 Sheldon Street, Sun Valley, California 91352-1121, facsimile number (818) 768-8802, Attention: Cherrie Eustaquio. The Receiver shall file the declaration within one week of the date this Order was filed.

:

Initials of Preparer   SMO

---

[1] Docket No. 278.

[2] Docket No. 281.